Larry A. **BRUCE**, Claimant–Appellant,

v.

Robert A. **McDONALD**, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2013–7146.

United States Court of Appeals, Federal Circuit.

Dec. 5, 2014.

Samantha J. Katze, Manatt, Phelps & Phillips, LLP, of New York, New York, argued for claimant-appellant. With her on the brief was Andrew L. Morrison.

Allison Kidd–Miller, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Stuart F. Delery, Assistant Attorney General, Robert E. Kirschman, Jr., Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were David J. Barrans, Acting Assistant General Counsel, and Martie Adelman, At-

torney, United States Department of Veterans Affairs, of Washington, DC.

LOURIE, DYK, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**